No. 97–718. REYNOLDS v. UNITED STATES, *ante*, p. 998. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 97–6389. GERWIG v. NEWMAN ET AL., *ante*, p. 1031. Motion for leave to file petition for rehearing denied.

FEBRUARY 24, 1998

No. 97–8054 (A–641). IN RE POWELL. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS would grant the application for stay of execution.